IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY DONNELL ANDERSON, : CIVIL ACTION
Petitioner,

v.

COMMONWEALTH OF PA, PA STATE : NO. 17-3014
ATTORNEY GENERAL AND DISTRICT
ATTORNEY OF LANCASTER COUNTY,
Respondents.

FILED
OCT 26 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 25th day of October, 2018, upon careful and independent consideration of the petition for writ of habeas corpus, after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and the Petitioner not having filed any objections to the Report and Recommendation within the time allowed by Local Rule 72.1 IV (b), **IT IS ORDERED THAT**:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**;

3. Petitioner's petitions for review and clarification (Doc. 14), and for a writ of mandamus (Doc. 15) are **DENIED AS MOOT**;

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Wendy Beetlestone
WENDY BEETLESTONE, J.

ENT'D OCT 26 2018