UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY DONNELL ANDERSON     :    CIVIL ACTION

              v.                   :

MICHAEL CLARK, et. al.           :    NO. 17-3014

FILED

DEC 17 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this **14ᵗʰ** day of **December** , 201**8** , upon careful and

independent consideration of the petition for writ of habeas corpus, and after review of

the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT

IS ORDERED that:

1.    The Report and Recommendation is APPROVED AND ADOPTED;

2.    The petition for a writ of habeas corpus is DENIED.

3.    Petitioner's petitions for review and clarification (Doc. 14), and for a writ of mandamus (Doc. 15) are DENIED AS MOOT.

4.    There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT

WENDY BEETLESTONE, J.